BOROWIAK v. INTERNATIONAL RY. CO. (Supreme Court, Appellate Division, Fourth Department. July 7, 1915.) Action by Anastatia Borowiak, as administratrix, etc., against the International Railway Company.

PER CURIAM. Plaintiff's exceptions sustained, and motion for new trial granted, with costs to plaintiff to abide event. Held, that the court improperly granted defendant's motion for a nonsuit at the close of plaintiff's case; that the evidence presented questions of fact, both as to the defendant's negligence in operating its road and as to plaintiff's freedom from

contributory negligence, which should have been submitted to the jury.